UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LAWRENCE WILLIAMS**, Plaintiff, v. **GAVIN NEWSOM, ET AL.**, Defendants. | Case No.: 21-cv-510-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING IN FORMA PAUPERIS APPLICATION; SETTING DEADLINE FOR PAYMENT OF FILING FEE**<br><br>**DKT. NOS. 2, 11** |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation (Dkt. No. 11, "Report") Recommending Denying the application to proceed in forma pauperis of plaintiff Robert Lawrence Williams (Dkt. No. 2.) The Report was filed and served April 26, 2021 and no objections were filed thereto.

The Court has reviewed the Report carefully and finds it correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the application to proceed in forma pauperis is **DENIED**. Plaintiff shall pay the filing fee no later than **July 30, 2021**. **Failure to pay the fee in full by that date will result in dismissal of this action for failure to prosecute without further notice to plaintiff Robert Williams**.

**IT IS SO ORDERED.**

Date: June 25, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**