UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>GAVIN NEWSOM *et al.*,<br><br>    Defendants. | Case No.: 4:21-CV-00510-YGR<br><br>ORDER OF DISMISSAL |

This case is dismissed pursuant to the Court's order at Docket No. 13. The clerk shall close the file.

**IT IS SO ORDERED.**

Date: September 23, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE